# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ALEXANDER<br><br>  Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>  Defendant. | Case No. 3:23-cv-02237-JD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**<br><br>*[Filed concurrently with Stipulation and Request to Transfer Case to the United States District Court for the Eastern District of New York]*<br><br>District Judge:    Hon. James Donato<br>Complaint Filed:  May 8, 2023<br>Trial Date:       Unassigned |

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered that this case be transferred to the United States District Court for the Eastern District of New York.

**IT IS SO ORDERED.**

DATED: July 17, 2023

_____
JAMES DONATO
United States District Judge